AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

RALPH L. DeLOACH

*Date*          *Clerk*

*(By) Deputy Clerk*