## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**FILED**
JAN 2 3 2006
RALPH L. DeLOACH, Clerk
By _____ Deputy

| | |
|---|---|
| DYLAN J. THENO,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>TONGANOXIE UNIFIED SCHOOL DISTRICT NO. 464,<br><br>  Defendant - Appellant. | No. 05-3401<br>(D.C. No. 04-CV-2195-JWL)<br><br>A true copy<br>Teste<br>Elisabeth A. Shumaker<br>Clerk, U.S. Court of<br>Appeals, Tenth Circuit<br>By _____ <br>Deputy Clerk |

**ORDER**

Filed January 17, 2006

---

In accordance with Rule 33.1, Rules of the Tenth Circuit, and upon consideration of the stipulation to dismiss this appeal,

IT IS ORDERED that the above appeal be and it hereby is dismissed pursuant to Rule 42(b), Federal Rules of Appellate Procedure. Each party shall bear its own costs on appeal. A certified copy of this order shall stand as and for the mandate of the court.

                    Entered for the Court
                    ELISABETH A. SHUMAKER, Clerk

                    by: _____
                    Deputy Clerk