**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**


| | |
|---|---|
| **DYLAN J. THENO** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | )   **Case No. 2:04-cv-2195** |
| | ) |
| **TONGANOXIE UNIFED SCHOOL** | ) |
| **DISTRICT NO. 464.** | ) |
| | ) |
| Defendant. | ) |


**SATISFACTION OF JUDGMENTS**

Plaintiff hereby acknowledges satisfaction of all judgments entered in this cause

of action.

Respectfully submitted,

ARTHUR BENSON & ASSOCIATES

By: s/Arthur A. Benson II
Arthur A. Benson II #21107
Jamie Kathryn Lansford  #70220
P.O. Box 119007
Kansas City, MO  64171
(816) 531-6565 ext. 100
(816) 531-6688 (facsimile)
abenson@BensonLaw.com
ATTORNEYS FOR PLAINTIFF

Dated: May 1, 2006